# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MONTES an individual, on behalf of Plaintiff, and on behalf of all persons similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>HYATT CORPORATION dba THE SEABIRD – A DESTINATION HOTEL, a Delaware corporation, et al.,<br><br>          Defendants. | Case No.: 26cv1412 DMS (BJW)<br><br>**ORDER RE: ORAL ARGUMENT** |

Plaintiff's motion to remand is currently set for hearing on June 5, 2026.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the June 5, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  June 1, 2026

Hon. Dana M. Sabraw
United States District Judge