**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
shani@zakaylaw.com
Eden Zakay (State Bar #339536)
eden@zakaylaw.com
Nicole Noursamadi (State Bar #357246)
nicole@zakaylaw.com
Jaclyn Joyce (State Bar #285124)
jaclyn@zakaylaw.com
3110 Camino Del Rio S, Suite 308
San Diego, CA 92108
Telephone: (619) 255-9047

Attorneys for PLAINTIFF

**SEYFARTH SHAW LLP**
Brian P. Long (SBN 232746)
bplong@seyfarth.com
Michael Afar (SBN 298990)
mafar@seyfarth.com
Richard B. Mojica (SBN 327078)
rmojica@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
T: (310) 201-9301
F: (310) 551-8313

Attorneys for Defendants HYATT CORPORATION dba THE SEABIRD - A DESTINATION HOTEL and DH2 HOLDING LLC dba MISSION PACIFIC HOTEL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MONTES an individual, on behalf of Plaintiff, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HYATT CORPORATION dba THE SEABIRD - A DESTINATION HOTEL, a Delaware corporation; OCEANSIDE BEACH RESORT OWNER, LLC, a Delaware limited liability company; S.D. MALKIN PROPERTIES, INC., a Delaware corporation; S.D. MALKIN OCEANSIDE, LLC, a Delaware limited liability company; DH2 HOLDING LLC dba MISSION PACIFIC HOTEL, a Delaware limited liability company; and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 3:26-cv-01412-DMS-BJW<br><br>**JOINT MOTION AND STIPULATION REQUESTING REMOTE APPEARANCE FOR (1) EARLY NEUTRAL EVALUATION; (2) CASE MANAGEMENT CONFERENCE**<br><br>Date: June 17, 2026<br>Time: 2:00pm<br><br>Magistrate Judge: Hon. Brian J. White<br><br>Complaint Filed: December 5, 2025<br>Action Removed: March 5, 2026 |

1

Plaintiff JOSH MONTES ("Plaintiff") and Defendant HYATT CORPORATION dba THE SEABIRD - A DESTINATION HOTEL and DH2 HOLDING LLC dba MISSION PACIFIC HOTEL ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record respectfully submit this Joint Motion and Stipulation Requesting Remote Appearance for (1) Early Neutral Evaluation; (2) Case Management Conference ("Joint Motion").

WHEREAS, on May 5, 2026, the Court sent a Notice setting an Early Neutral Evaluation and Case Management conference for June 17, 2026, at 2:00pm.

WHEREAS, on June 1, 2026, counsel for the Parties met and conferred and agreed to jointly request that the above-referenced conferences be conducted remotely;

WHEREAS, good cause exists for the requested modification because all Parties consent to a remote proceeding, and conducting the proceedings remotely will reduce unnecessary travel time and expense while conserving the resources of the Parties and their counsel;

WHEREAS, the requested modification will not prejudice any party, and all required participants will remain available to fully participate in the ENE, the Case Management Conference, and any related discussions;

NOW, THEREFORE, the Parties respectfully request that the Court permit the ENE and Case Management Conference to proceed by videoconference or such other remote means as the Court deems appropriate.

JOINT MOTION AND STIPULATION REQUESTING REMOTE APPEARANCE FOR (1) EARLY NEUTRAL EVALUATION; (2) CASE MANAGEMENT CONFERENCE

**IT IS SO STIPULATED.**

Dated:  June 4, 2026

**SEYFARTH SHAW LLP**

By _____/s/ Richard B. Mogica_____

BRIAN P. LONG
MICHAEL AFAR
RICHARD B. MOJICA
Attorneys for Defendant

Dated:  June XX, 2026

**ZAKAY LAW GROUP, APLC**

By _____/s/ Eden Zakay_____

JACLYN JOYCE
EDEN ZAKAY
SHANI O. ZAKAY
NICOLE NOURSAMADI
Attorney for Plaintiff

JOINT MOTION AND STIPULATION REQUESTING REMOTE APPEARANCE FOR (1) EARLY NEUTRAL EVALUATION; (2) CASE MANAGEMENT CONFERENCE